**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **CHIMOMBE TINOTENDA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1971-G** |
| | ) | |
| **FRED FIGUEROA et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

On July 31, 2026, Petitioner Chimombe Tinotenda filed a Petition for Writ of Habeas Corpus (Doc. No. 1), challenging his detention by U.S. Immigration and Customs Enforcement pursuant to 28 U.S.C. § 2241. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Amanda L. Maxfield for preliminary review.

On October 16, 2026, Judge Maxfield issued a Report and Recommendation ("R. & R.," Doc. No. 11), in which she recommended that the Petition be denied. *See id.* at 4-6. In the R. & R., Judge Maxfield advised the parties of their right to object to the R. & R. by October 30, 2026. Judge Maxfield also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the R. & R.

As of this date, no party has submitted an objection to the R. & R. or requested additional time to do so. On November 18, 2026, Respondents filed a Notice (Doc. No. 12) stating that Petitioner has been moved to another facility in preparation for a December 5, 2026 removal from the United States pursuant to a grant of voluntary departure.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 11) is ADOPTED in its entirety.

The Petition for Writ of Habeas Corpus (Doc. No. 1) is DENIED. A separate judgment shall be entered.

IT IS SO ORDERED this 25th day of November, 2026.

CHARLES B. GOODWIN
United States District Judge